## STATE ex CERMAK v BARRY

Ohio Appeals, 8th Dist, Cuyahoga Co

No. 9854. Decided April 15, 1929

Messrs. Orgill, Maschke & Wickham, Cleveland, for State ex.
Carl Shuler, Esq., Cleveland, for Barry.

## EPITOMIZED OPINION

Where the conviction of the captain of a city fire department was reversed in the Federal Court because the evidence upon which he was convicted was procured by entrapment, there being no question otherwise as to his guilt, he is not, on mandamus, entitled to reinstatement in the fire department as against a rule disqualifying a member because of "conduct unbecoming a gentleman."

Opinion by VICKERY, P. J.
SULLIVAN, J. concurs.
LEVINE, J. dissents.